**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 09-04234MP-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Ricardo J. Garcia, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in paragraph A and paragraph C of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. You shall not consume or possess "Spice" or a similar drug substitute.

2. You shall participate as instructed by the probation office in a program of substance abuse treatment which may include testing for substance abuse. You shall provide written verification of completion signed by the director or supervisor of the program as directed by the probation office.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for one (1) year to terminate on August 25, 2011.

1    IT IS FURTHER ORDERED that paragraph B and paragraph D of the Revocation
2 Petition are DISMISSED upon oral motion of the United States.
3    IT IS FURTHER ORDERED that the defendant be released from federal custody.
4    DATED this 27th day of May, 2010.

_____
Mark E. Aspey
United States Magistrate Judge